# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JANE DOE and JOHN DOE,**
**husband and wife**,

    Plaintiffs,

vs.

Case No: 13-cv-14358-JCO-MKM

HON. JOHN CORBETT O'MEARA

**ETIHAD AIRWAYS, P.J.S.C.,**

    Defendant.
_____

## NOTICE OF APPEAL

Notice is hereby given that JANE DOE and JOHN DOE, Plaintiffs in the above referenced case, hereby Appeal to the United States Circuit Court for the Sixth Circuit from the Stipulation and Order of Dismissal with Prejudice and Without Costs entered in this action on December 16, 2015 [DE 29], the Opinion and Order Granting Defendant's Motion for Partial Summary Judgment [DE 27] which was rendered final by Stipulation and Order of Dismissal with Prejudice and Without

Costs [DE 29], and from all other rulings, decisions and orders adverse to Plaintiffs-Appellants.

        Respectfully submitted,

        **DRIGGERS, SCHULTZ & HERBST**

        */s/ Mark Kelley Schwartz*
        By:  Mark Kelley Schwartz (P48058)
        Attorney for Plaintiffs
        2600 W. Big Beaver Road, Suite 550
        Troy, MI  48084
        Telephone:  (248) 649-6000
        Facsimile:   (248) 649-6442
        Email: MSchwartz@DriggersSchultz.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 11, 2016, a copy of the foregoing document was filed with the Clerk of the Court by using the CM/ECF Court system.  I also certify that the foregoing was served by electronic mail and by United States Postal Service mail to the following:  **Andrew J. Harakas, Clyde & Co., 405 Lexington Avenue, New York, NY  10174 and Scott Torpey, Jaffe Raitt, 27777 Franklin Rd., Ste. 2500, Southfield, MI  48034-8214.**

        Respectfully Submitted,

        **DRIGGERS, SCHULTZ & HERBST, P.C.**

        */s/ Mark Kelley Schwartz*
        By:  Mark Kelley Schwartz (P48058)
        Attorney for Plaintiffs

## **Service List**

**MARK KELLEY SCHWARTZ (P48058)**
Driggers, Schultz & Herbst, P.C.
2600 W. Big Beaver Road, Suite 550
Troy, MI  48084
Tel:  (248) 649-6000
Fax:  (248) 649-6442
Email: MSchwartz@DriggersSchultz.com
Attorney for Plaintiffs

**ANDREW J. HARAKAS**
Clyde & Co.
405 Lexington Avenue
New York, NY  10174
Tel:  (212) 710-3920
Fax:  (212) 710-3950
Email:  andrew.harakas@clydeco.us
Attorney for Defendant

**SCOTT R. TORPEY (P36179)**
Jaffe Raitt Heuer & Weiss PC
27777 Franklin Road, Suite 2500
Southfield, MI  48034
Tel:  (248) 351-3000
Fax:  (248) 351-3082
Email:  Storpey@jaffelaw.com
Attorney for Defendant